COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:     01-13-00708-CV

Style:     Stage Stores, Inc.

    v. Jon Gunnerson

Date motion filed*:     November 13, 2013

Type of motion:     Motion to file agreed record

Party filing motion:     Appellant

Document to be filed:     Agreed record

Is appeal accelerated?     No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:     Current Due date:

    Date Requested:

Ordered that motion is:

    ☐     Granted

        If document is to be filed, document due:

        ☐  Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

    ☑     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

**Appellant's motion to file agreed record is denied. Further, the Court strikes the record filed by the parties on November 13, 2013. Texas Rule of Appellate Procedure 34 does not allow the parties to file their own agreed record directly with this Court. *See* TEX. R. APP. P. 34.2 ("By written stipulation filed with the trial court clerk, the parties may agree on the contents of the appellate record."). However, to the extent the parties believe that relevant items were not included in the clerk's record previously filed with this Court, the parties "may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item[s]." TEX. R. APP. P. 34.5(c)(1). Further, to the extent that documents contained in the clerk's record are illegible, these documents are considered effectively destroyed and "the parties may, by written stipulation, deliver a copy of [the destroyed items] to the trial court clerk for inclusion in the clerk's record or a supplement." TEX. R. APP. P. 34.5(e).**

Judge's signature: /s/ Laura C. Higley

    ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: November 26, 2013

November 7, 2008 Revision